**Order filed February 8, 2017**



In The

# Fourteenth Court of Appeals

NO. 14-16-00207-CV
_____

**TONY'S BARBEQUE AND STEAKHOUSE, INC., Appellant**

**V.**

**THREE POINT INVESTMENTS, LTD, Appellee**

---

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2013-55732**

---

# O R D E R

The clerk's record was filed May 17, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain (1) Defendant Tony's Barbeque and Steakhouse, Inc.'s Fourth Amended Answer, filed between April 1, 2014 and January 20, 2016; (2) Docket Control Order signed January 7, 2016; (3) Order signed January 22, 2016 denying a motion to strike pleadings; (4) Order signed January 25, 2016 striking pleadings.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 21, 2017, containing (1) Defendant Tony's Barbeque and Steakhouse, Inc.'s Fourth Amended Answer, filed between April 1, 2014 and January 20, 2016; (2) Docket Control Order signed January 7, 2016; (3) Order signed January 22, 2016 denying a motion to strike pleadings; (4) Order signed January 25, 2016 striking pleadings.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM